UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

DON WOJTOWICZ,
Institutional ID No. 2280307

      Plaintiff,

v.

LUBBOCK COUNTY DETENTION
CENTER, *et al.*,

      Defendants.

No. 5:19-CV-00150-H

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

  The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate.

  The Court therefore orders that Plaintiff's complaint and all claims alleged within it are dismissed with prejudice under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A for failure to state a claim.

  This dismissal will count as a qualifying dismissal or "strike" under 28 U.S.C. § 1915 and *Adepegba v. Hammons*, 103 F.3d 383 (5th Cir. 1996).

  All relief not expressly granted and any pending motions are denied.

  Judgment will be entered accordingly.

So ordered.

Dated May 14, 2020.

_____
JAMES WESLEY HENDRIX
United States District Judge